# EXHIBIT 1

# Exhibit 1

| Comparison of "Hang2it" Shower Curtain from Kartri Website to Plaintiffs' Trade Dress (Dkt. 501 at 64) |
|---|

[1] No hooks protruding above upper edge of curtain, providing "neat" "orderly" upper edge;

[3] each ring has slit in ring [behind the curtain bar], namely, a horizontal slit in each ring extending between pairs of rings (*see also*, below images)



[2] row of rings along upper portion of curtain; rings being attached to the material of curtain such that bottom surface of each ring is co-planar with the material of the curtain, providing "neat" and "orderly" appearance;

[3] Slit in ring

[4] pairs of rings, and associated slits, are each fixed in place on curtain and provide organized and symmetrical repeating visual pattern along the top width of the curtain.





Additional image of "Hang2it" "Teardrop" Product on Kartri's Website:

Plaintiffs' Trade Dress (Dkt. 501 at 64):

Visual appearance of HOOKLESS® brand shower curtain products (and EZ On brand products):

[1] a shower curtain wherein the curtain lacks any hooks protruding above the upper edge of the curtain, so that Plaintiffs' shower curtain provides the visual appearance of an essentially "neat" and "orderly" upper edge;

[2] and wherein the shower curtain has a row of rings along the upper portion of the shower curtain, those rings being attached to the material of the shower curtain such that the bottom surface of each ring (on one or both sides of the shower curtain) is essentially co-planar with the material of the shower curtain, also providing an essentially "neat" and "orderly" appearance;

[3] wherein each ring includes a slit or gap in the ring;

[4] and wherein the shower curtain's rings or pairs of rings, and the associated slits or gaps, are each fixed in place on the shower curtain and provide an organized and symmetrical repeating visual pattern along the top width of the shower curtain.