# EXHIBIT 2

# Exhibit 2



