UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEECO LLC, et al.,

                              Plaintiffs,

-v-

KARTRI SALES COMPANY, INC.,

                              Defendant.

23 Civ. 2003 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 30, 2023, defendant filed a motion to dismiss plaintiffs' Complaint in the above-captioned case. Dkts. 12–14. In the intervening months, defendant has appealed the Court's decisions in the related case, *Focus Products Group International, LLC v. Kartri Sales Co.*, No. 15 Civ. 10154, to the Federal Circuit. Those appeals were recently consolidated before the Federal Circuit, at docket number 23-1446, and appellant's opening brief is due Monday, September 11, 2023. In light of defendant's appeal, and its potential effect on this related case, the Court asks the parties to submit letters, by September 21, 2023, outlining their respective decisions as to (1) the interplay between the pending appeal in *Focus Products* case and the pending motion to dismiss in the above-captioned case, and (2) whether resolution of the motion to dismiss in the above-captioned case should be deferred until appeal in *Focus Products* is resolved.

SO ORDERED.

                                                                           *Paul A. Engelmayer*
                                                                           Paul A. Engelmayer
                                                                          United States District Judge

Dated: September 8, 2023
       New York, New York