UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEECO LLC ET AL.,

                                Plaintiffs,

-v-

KARTRI SALES COMPANY, INC.,

                                Defendant.

23 Civ. 2003 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received the parties' joint letter as to the status of the above matter (*Kartri II*). Dkt. 33. The Court's judgment is that it is premature to set any schedule in *Kartri II* until after the mandate of the Federal Circuit's decision in *Focus v. Kartri et al.*, 15 Civ. 10154 (PAE) (*Kartri I*), has issued, and until after the Court has held a conference with counsel in *Kartri I* to determine next steps in that case. Accordingly, this case remains stayed until 10 business days after the next conference in *Kartri I*.

SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       _____
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: October 20, 2025
         New York, New York