UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEECO LLC ET AL., Plaintiffs, -v- KARTRI SALES COMPANY, INC., Defendant. | 23 Civ. 2003 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

On September 30, 2025, the Federal Circuit issued its decision in *Focus Products Group International, LLC v. Kartri Sales Co.*, 156 F.4th 1259 (Fed. Cir. 2025), remanding case No. 15 Civ. 10154 to this Court. On November 5, 2026, the Court issued two decisions on remand. *See Focus Prods. Grp. Int'l, LLC v. Kartri Sales Co.*, No. 15 Civ. 10154 (S.D.N.Y.), Dkts. 586, 587.

The parties in the above-captioned case are directed to confer regarding the implications of the Federal Circuit's decision and this Court's decisions on remand for this case, including whether any basis remains for this case to proceed. The parties shall submit a joint letter addressing these issues by November 20, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 5, 2026
New York, New York